JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO GARCIA, | No. CV 24-9143-CBM(E) |
| Plaintiff, | |
| v. | JUDGMENT [JS-6] |
| LEANNA LUNDY (WARDEN), | |
| Defendant. | |

Pursuant to the "Order Denying Request for Extension of Time," this action is dismissed without prejudice.

DATED: NOVEMBER 5, 2024

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE